Arlene OTIS, Appellant,

v.

**CITY OF MAPLEWOOD, MINNESOTA,**
Defendant,

**Chief Keith Winger; Captain Mike Ryan; Lieutenant Banick; Lieutenant Tomalla, Appellees,**

**Officer Herbert, Badge No. 439, Defendant,**

**Bill Kebbe, Chief of Security of Maplewood Mall, Appellee.**

No. 00–3995.

United States Court of Appeals, Eighth Circuit.

Submitted July 9, 2001.

Filed July 16, 2001.

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

PER CURIAM.

Arlene Otis appeals the district court's[1] dismissal of her civil lawsuit for failure to comply with a discovery order. Having carefully reviewed the record, we conclude the district court did not abuse its discretion in dismissing certain defendants as to whom Otis failed to provide requested information, and ultimately dismissing the entire case when Otis failed to comply with a discovery order. *See Schoffstall v.*

---

1. The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, adopting the report and recommendation of the Honorable Franklin L. Noel, Chief United States Magistrate Judge for the District of Minnesota.

*Henderson*, 223 F.3d 818, 823 (8th Cir. 2000) (district court may dismiss case for willful violation of order compelling discovery, if opposing party is prejudiced by violation).

Accordingly, we affirm. *See* 8th Cir. R. 47B.